FILED

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

JAN 29 PM 12:20

FOR THE NORTHERN DISTRICT OF INDIANA

<u>MOHAMMAD H NADERI</u>,  )
PLAINTIFF )
*[Type or print your name on the line above]* )
)
)
)
)
v. )
<u>FRITO-LAY, INC., FRITO LAY,</u> )
<u>FRITO-LAY NORTH AMERICA, INC.,</u> )
<u>FRITOLAY.COM,</u>  DEFENDANT et al )
& JOHN DOE. )
*[Type or print only the name of the first* )
*person you are suing. List everyone you* )
*are suing on page 2.]* )
**\* REMAINING DEFENDENTS ON**
**PAGE 2 & AFTER.**

1:16CV 041 RM

Cause No. _____

*[Leave this blank, the clerk will supply the cause number when your case is received.]*

## COMPLAINT
## 42 U.S.C. § 1983

### I. PARTIES

A. PLAINTIFF *[You are the plaintiff in this lawsuit. Neatly print or type your information below.]*

1. <u>MOHAMMAD        H         NADERI</u>
   Name: First      Middle      Last

2. What is your address: <u>6825 RAMBLEWOOD DR. APT. H</u>
   <u>FORT WAYNE, IN 46835</u>

Phone number (<u>260</u>) <u>797-1083</u>

B. DEFENDANT(S) How many defendants are you suing: _____

[The defendants are the people you are suing. Print or type the defendant's name, job title, the state or local government agency the defendant works for, and the address of that government agency. Remember to include the defendant you named in the caption on page one. If you are suing more than one defendant, <u>number</u> them.]

P-1-OF-5

(Revised May 2, 2006)

[Handwritten margin note, left side, vertical:] LEE ANNE GILMAN PRODUCT SPECIALIST. CONSUMER RELATIONS. 8- L. GILMAN FRITO LAY INC. 7701 LEGACY ROAD PLANO, TX 75024

7- SIDGWICK CMS, CEO & WIFE & JOHN DOE — P.O.BOX 14520 LEXINGTON KY 40512

6- SIDGWICK CMS & SIDGWICK CMS PEPSICO-UNIT P.O.BOX — P.O.BOX 14520 LEXINGTON KY 40512
INSURANCE COMPANY FOR FRITO LAY INC.

| # | Defendant's Name | Job Title/Government Agency | Work Address |
|---|---|---|---|
| 1. | TOM GRECO & WIFE | CEO/FRITO LAY, INC. | P.O.BOX 660634 DALLAS, TX 75266 |
| 2. | DON OLSON & WIFE | CLAIMS EXAMINER SIDGWICK CMS (SIDGWICK CLAIMS MANAGEMENT SERVICES, INC.) | P.O.BOX 14520, LEXINGTON KY 40512 |
| 3. | CURTIS HOBBY & WIFE | CLAIMS ADMINISTRATIVE SIDGWICK CMS | P.O.BOX 14520 LEXINGTON KY 40512 |
| 4. | JANET GALBREATH & HUSBAND | CLAIMS DIRECTOR SIDGWICK PEPSICO UNIT | P.O.BOX 14520 LEXINGTON KY 40512 |
| 5. | FRITO-LAY INC, FRITO-LAY NORTH AMERICA, INC. & CEO. FRITOLAY.COM WEBSITE, et al & JOHN DOE | CHIPS COMPANY DEFENDENTS | PLANO, TX 75024-4099 |

## II. CAUSE(S) OF ACTION WITH SUPPORTING FACTS

Write why you are suing each defendant. Write who, what, when, where, and how you believe your rights were violated. It is **VERY IMPORTANT** that you use each defendant's name in describing what happened to you. If you do not write what each defendant did, the court will not know why you are suing and that defendant will be dismissed.

Explain what constitutional or federal law right, privilege or immunity each defendant violated. Do not cite or quote cases or statutes. If you want to make legal arguments or citations, you must file a separate memorandum of law. Do not attach it to this complaint.

[Margin note left:] IN THIS CASE WITH ALL APPLICAL STATES & FEDERAL LAWS.

I, BLEAVE, I, AM DISCREMINATED & MY CIVIL RIGHT & CONSTITUTIONAL RIGHTS VIOLATED, BY ALL DEFENDENTS
Write a new paragraph for each violation. Name each defendant involved in that violation NATIONAL ORIGN,
* I, PLAINTIFF, AM WITH AGE OF 61 YEARS OLD, MUSLEM RELEGEN, & IRANIAN
Number your paragraphs. * PLEASE SET THIS CASE FOR JURY TRIAN & NOT BENCH TRIAL.

1. ALL DEFENDENTS ARE U.S. CITIZENS & RUNING BUSINESS IN THE UNITED STATES OF AMERICA. & DEFENDENTS ARE EMPLOYEES OF THE FRITO-LAY, INC., FRITO LAY, FRITO-LAY NORTH AMERICA, INC., FRITOLAY.COM WEBSITE OWNER, etc, et al & JOHN DOE & OTHER DEFENDENTS SEDGWICK CMS (SEDGWICK CLAIMS MANAGEMENT SERVICES, INC, CURTIS HOBBY & WIFE CLAIM ADMINISTRATIVE OF SEDGWICK SMS - PEPSI COLA COMPANY UNIT INC. DON OLSON CLAIMS EXAMINER OF SEDGWICK CMS (SEDGWICK CLAIMS MANAGMENT SERVICES INC.), P.O.BOX 14520, LEXINGTON, KY 40512. DON OLDSON'S WIFE. SEDGWICK CMS - PEPSI COLA COMPANY, UNIT INC., THIER CLIANT: FRITO LAY, INC., DATE OF INCIDENT: FEB-2-2014, CLAIM NO: 30142053924-0001, $5000,000.°° (FIVE MILLIONS U.S. DOLLER) INSURENCE. FOR FRITO LAY INC. SEDGWICK CMS (SEDGWICK CLAIMS MANAGMENT SERVICES, INC., PEPSI-CO LIABILITY UNIT, P.O.BOX 14512, LEXINGTON, KY 40512. JANET GALBREATH, CLAIMS DIRECTOR SEDGWICK - PEPSICO UNIT, DEFENDENT INCORRECTLY MISREPRESENTED PLAINTIFF'S INFORMATIONS TO IDOI (INDIANA DEPARTMENT OF INSURANCE AT. INDY.

[Margin left, vertical:] ALL DEFENDENTS, ARE SEVERALY & PERSONALY RESPONSIBLE FOR PLAINTIFF'S DAMAGES, etc. THEY ARE ALL CREMINALS, DIS HONST, etc.

OF THIS CASE,
* I, AM TOOK ADVENTAGED BY ALL OF THE DEFENDENTS DUE PROCESS,
PROVIDED, PLAINTIFF INTENTRONALY & KNOWINGLY, COLECTIVELY, of FRITO-LAY INC., etc. LOTS OF NEGLAGEM
ON PACKAGING OF CHIPS BAGS. P-2-5 → NO WORNING CABLES FOR DEFACTS. OBJEC
CONTIAINED IN BAGS OR WITNESSES NEEDED TO EAT THIER PRODUCTIONS OF FOOD CHIPS, etc.

IN MART JAN-30-2014

I, PURCHED DORITOS NACHO CHEES CHIPS AT MARTIN'S STORE OF COLD WATER ROAD IN FORT WAYNE, IND.
I, GOT FROUDED BY CHIPS COMPANY & THIER INSURANCE COMPANY WANT KEEP THE MY CLAIMS MONEY & SAID INSURANCE WE WORK WITH CHIPS COMPANY TO NOT PAY YOU.
I, GOT DISCREMINATED BY ALL DEFENDENTS BY THIER CONSPREY WORKED TOGATHER TO NOT PAYING ME FOR MY CLAIMS, I, AM IN PAIN STILL & MUST GO TO HOSPITAL

## Cause(s) of Action with Supporting Facts (continued) PLAINTIFF COULD BE KILLED BY THE BAG OF CHIPS & METAL CONTAINED IN BAG,

ALL DEFENDENTS ARE FULLY RESPNSIBLE & LIABLE FOR PLAINTIFF'S DAMAGES OF PLAINTIFF'S PERSONAL INJURY, WITH FRITO LAY DORITOS NACHO CHEES CHIPS SUPER (PARTY SIZE PACKAGE, WITH CONTAMINATED DORITOS PACKAGE WHICH DID ILL PLAINTIFF & CAUSE NERVES etc DAMAGES, etc. TO PLAINTIFF'S BRAIN RIGHT SIDE, BACK OF NEAK, RIGHT SIDE HAND, WITH FULL OF PAINS & SUFFERINGS, PLAINTIFF SUFERED LOTS OF PAINS AT PARK VIEW HOSPITAL, IN FORT WAYNE, INDIANA, STATE STREET AT EMERGENCY ROOM & DUPONT ROAD & PARK VIEW GROPS FOR SERGERY ON RIGHT HAND, BLOOD TESTS & MRI, & ALTOS OF EXAMINATION & GROWING FATANIG CANCER OF PLAINTIFF'S RIGHT HAND & OVER $13,000.00 PLUS, HOSPITAL BILLS & RECIVED. SUFFER DEALING, WITH BILL COLLECTORS, ALL DEFENDENT REFUSED TO COMENSATING PLAINTIFF. THEY OFFER CHIPS CUPONS & RESTURANTS FOOD GIFT CARDS WHILE PLAINTIFF WAS IN BIG PAINS ALL OVER, EMOTIONALY, MENTALY NEEDED HELP. TO PAY HOSPITAL BILLS, WITH LOW INCOME PLAINTIFF.

## III. PREVIOUS LAWSUITS

Have you ever sued anyone for the same things you wrote about in this complaint?

☒ NO ☐ YES – [Print or type the following information about the case. Attach additional sheets if there is more than one prior case.]

Court: __NONE__

Judge: __NONE__  Docket Number: __NONE__

Date filed: __NONE__  Date closed: __NONE__

I, WAS KEEPT AWAY HOSPITAL BY SAYING THEY WANT COMPASATING ME. TAKE MY EVED-ANCES

## IV. RELIEF

*PLAINTIFF WILL WRITE DETAILS & FILE HIS ALL HIS EXHIBITS IN SUPORT OF HIS CLAIMS, & DUE TO DISCOVERIES & REQUEST FOR PRODUCTIONS OF DOCUMENTS.

Write exactly what you want the court to do for you. This court cannot order that a defendant be fired, investigated, or criminally prosecuted. SHARP FORGIN OBJECT METAL WAS IN BAG OF CHIPS OF DEFENDENT FRITO LAY INC., OVER 100 PAGES OF DR; BILLS,

REQUESTING BY PLAINTIFF THE JUDGMENT BE ENTER AGINST OF DEFENDENT & CHIPS COMPANY OF FRITO LAY INC, SEDGWICK CMS (SEDGWICK CMS, SEDGWICK CLAIMS MANGMENT SERVICES INC., PEPSI-CO LIABILITY UNIT, P.O. BOX 14512 LEXINGTON, KY 14512, etc, et al & JOHN DOE, AND BOTH COMPANIES, INVALVED EMPLOYEES FOR VIOLATING PLAINTIFF'S CIVIL RIGHTS & CONSTITUTIONAL RIGHTS, BY DECIVING, FROUDING, NOT SHOWING RESPONSSIBILITES, & LIABLITIS, FOR ALL COMPENSOTERIES, & PUNITIVE DAMAGES, ALL COST & EXPENCES, PAIN & SUFERINGS STILL SINCE THE ACCEDENY & INJURY, COURT COST & ATTORNEYS FEES, COST & EXPENCES OF THIS CASE & LAWFULL INTRESTS FOR THE AMOUNTS OF $10,000,000.00 (TEN MILLIONS US DOLLERS) & ALL OTHER PROPER RELIFES, 3 IN, THE PROMISSES.

P-3-OF-5

## V. VERIFICATION AND SIGNATURE

### Initial Each Statement and Sign at the Bottom

✓ I have included two properly completed summons forms (available from the clerk) for each defendant I am suing, including full name, job title and work address.

✓ I have included one properly completed process receipt and return form (USM-285) (available from the U.S. Marshal) for each defendant I am suing.

✓ In addition to this complaint with an original signature, I have included one (1) copy of this complaint for each defendant and one extra for the court.

✓ I have included full payment of the filing fee **OR** attached a properly completed petition to proceed *in forma pauperis* (available from the clerk).

✓ I agree to promptly notify the clerk of any change of address.

✓ I have read all of the statements in this complaint. *[Do not forget to keep a copy for your records.]*

✓ I declare **under penalty of perjury** that the foregoing is true and correct.

Signed this _27_ day of _JAN_, 20_16_.

_Mohammad Haroon Nader_
Your Signature

PAGE - 4 - OF - 5

Mail all of these papers to the appropriate Clerk's office - see next page for addresses.

FOR THE FORT WAYNE DIVISION:

>   OFFICE OF THE CLERK
>   UNITED STATES DISTRICT COURT
>   1108 E. ROSS ADAIR COURTHOUSE
>   1300 S. HARRISON STREET
>   FORT WAYNE, IN 46802

FOR THE HAMMOND DIVISION:

>   OFFICE OF THE CLERK
>   UNITED STATES DISTRICT COURT
>   5400 FEDERAL PLAZA, SUITE 2300
>   HAMMOND, IN 46302

FOR THE SOUTH BEND DIVISION:

>   OFFICE OF THE CLERK
>   UNITED STATES DISTRICT COURT
>   102 ROBERT A. GRANT COURTHOUSE
>   204 S. MAIN STREET
>   SOUTH BEND, IN 46601

FOR THE LAFAYETTE DIVISION:

>   OFFICE OF THE CLERK
>   UNITED STATES DISTRICT COURT
>   214 CHARLES HALLECK FEDERAL BLDG.
>   230 NORTH FOURTH STREET
>   LAFAYETTE, IN 47901